```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

FILED
JAN 29 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 2:09-cr-043 FCD |
| Plaintiff, ) | |
| ) | ORDER TO SEAL |
| v. ) | (UNDER SEAL) |
| ) | |
| MARVIN CHAVELLE EPPS, ) | |
| a.k.a. "Chevy Mack", ) | |
| ) | |
| Defendant. ) | |

**SEALED**

The Court hereby orders that the Indictment, the Petition of Laurel D. White to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant in this case or until further order of the Court.

DATED: January 29, 2009

GREGORY G. HOLLOWS
HONORABLE GREGORGY G. HOLLOWS
United States Magistrate