```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LAUREL D. WHITE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

**FILED**

JAN 2 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
|    Plaintiff, | ) | CR NO. 2:09-cr-043 FCD |
| v. | ) | |
|    Defendant. | ) | **SEALED** |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the first arrest of a defendant in this case or until further order of the Court.

DATED: January 29, 2009

GREGORY G. HOLLOWS
_____
HONORABLE GREGORY G. HOLLOWS
U.S. Magistrate Judge

4