1 | ANIEL J. BRODERICK, #89424
Federal Defender
2 | LAUREN CUSICK, #257570
Assistant Federal Defender
3 | Designated Counsel For Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700

5

6 | Attorney for Defendant
MARVIN CHAVELLE EPPS

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA, ) No. 09-0043 FCD
)
11 | Plaintiff, ) STIPULATION AND ORDER
)
12 | v. ) Date: April 27, 2009
) Time: 10:00 a.m.
13 | MARVIN CHAVELLE EPPS, ) Judge: Hon. Frank C. Damrell, Jr.
)
14 | Defendant. )
_____ )

15

16 | IT IS HEREBY STIPULATED by the parties, through their respective

17 | counsel, Laurel White, Assistant United States Attorney, and Lauren

18 | Cusick, Assistant Federal Defender, attorney for MARVIN CHAVELLE EPPS,

19 | that the Court should vacate the status conference scheduled for March

20 | 30, 2009, at 10:00 a.m., and set the new date of April 27, 2009, at

21 | 10:00 a.m., for status conference.

22 | It is further stipulated between the parties that the Court should

23 | exclude the period beginning March 30, 2009, through April 27, 2009,

24 | when it computes the time within which the trial of the above criminal

25 | prosecution must commence for purposes of the Speedy Trial Act.  The

26 | parties stipulate that the ends of justice served by granting Mr. Epp's

27

28 | STIPULATION AND ORDER                    1                    09-CR-43 FCD

1  for a continuance outweigh the best interest of the public and Mr.

2  Epp's a speedy trial, and that this is an appropriate exclusion of time

3  for defense preparation within the meaning of 18 U.S.C. §

4  3161(h)(8)(B)(iv) (Local Code T4).

5

6  Dated: March 26, 2009                    Respectfully submitted,

7                                           DANIEL BRODERICK
                                            Federal Defender
8
                                            /s/ Lauren Cusick
9                                           _____

10                                          LAUREN CUSICK
                                            Assistant Federal Defender
                                            Attorney for MARVIN CHAVELLE EPPS
11

12

13  Dated: March 26, 2009                    LAWRENCE G. BROWN
                                            Acting United States Attorney
14
                                            /s/ Lauren Cusick for Laurel White
15                                             (by consent via email)
                                            _____
16                                          LAUREL WHITE
                                            Assistant U.S. Attorney
17

18

19                              **ORDER**

20
        **IT IS SO ORDERED.**
21

22

    DATED:_ March 27, 2009_____
23                                          _____

24

25

26                                          _____
    FRANK C. DAMRELL, JR.
27                                          UNITED STATES DISTRICT JUDGE

28