DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARVIN CHAVELLE EPPS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 09-0043-FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | Date:  June 22, 2009 |
| ) | Time:  10:00 a.m. |
| MARVIN CHAVELLE EPPS, ) | Judge: Hon. Frank C. Damrell, Jr. |
| ) | |
| Defendant. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED by the parties, through counsel, Laurel D. White, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Epps, that the Court should vacate the status conference scheduled for June 22, 2009, at 10:00 a.m., and reset it for August 3, 2009, at 10:00 a.m.

    Counsel for Mr. Epps, who has recently become attorney of record, requires the continuance in order to review discovery fully, and to become familiar with the issues this case presents.  The parties continue to negotiate specific aspects of a resolution.

    It is further stipulated between the parties that the Court should exclude the period from the date of this order through August 3, 2009,

1

when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Epps' request for a continuance outweigh the best interest of the public and Mr. Epps in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: June 19, 2009                    Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender
                                        Attorneys for Defendant

Dated: June 19, 2009                    LAWRENCE G. BROWN
                                        Acting United States Attorney

                                        /s/ M.Petrik for Laurel D. White
                                        LAUREL D. WHITE
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on August 3, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

DATED: June 19, 2009_

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE

2