DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARVIN CHAVELLE EPPS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-0043 FCD |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | Date: August 3, 2009 |
| ) | Time: 10:00 a.m. |
| MARVIN CHAVELLE EPPS, ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |

IT IS HEREBY STIPULATED by the parties, through counsel, Laurel D. White, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Epps, that the Court should vacate the status conference scheduled for August 3, 2009, at 10:00 a.m., and reset it for August 31, 2009, at 10:00 a.m.

Counsel for Mr. Epps, who has recently become attorney of record, requires a further continuance in order to review discovery fully, and to become familiar with the issues this case presents.  The parties continue to negotiate specific aspects of a resolution.

It is further stipulated between the parties that the Court should exclude the period from the date of this order through August 31, 2009,

STIPULATION AND ORDER                              1

1  when it computes the time within which the trial of the above criminal
2  prosecution must commence for purposes of the Speedy Trial Act.  The
3  parties stipulate that the ends of justice served by granting Mr. Epps'
4  request for a continuance outweigh the best interest of the public and
5  Mr. Epps in a speedy trial, and that this is an appropriate exclusion
6  of time for defense preparation within the meaning of 18 U.S.C. §
7  3161(h)(7)(A) and (B) (Local Code T4).

8  Dated: July 28, 2009                    Respectfully submitted,

9                                          DANIEL BRODERICK
                                           Federal Defender
10
                                           /s/ M.Petrik
11                                         _____
                                           MICHAEL PETRIK, Jr.
12                                         Assistant Federal Defender
                                           Attorneys for Defendant
13

14 Dated: July 28, 2009                    LAWRENCE G. BROWN
                                           Acting United States Attorney
15
                                           /s/ M.Petrik for Laurel D. White
16                                         _____
                                           LAUREL D. WHITE
17                                         Assistant U.S. Attorney

18
                                  **ORDER**
19
      **IT IS SO ORDERED.**  The Court orders time excluded from the date of
20
   this order through the status conference on August 31, 2009, pursuant
21
   to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).
22

23
   DATED: July 28, 2009
24
                                           _____
25                                         FRANK C. DAMRELL, JR.
26                                         UNITED STATES DISTRICT JUDGE

27

28 STIPULATION AND ORDER                   2