DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARVIN CHAVELLE EPPS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S-09-0043-FCD |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | Date: August 31, 2009 |
| ) | Time: 10:00 a.m. |
| MARVIN CHAVELLE EPPS, ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |

IT IS HEREBY STIPULATED by the parties, through counsel, Laurel D. White, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Epps, that the Court should vacate the status conference scheduled for August 31, 2009, at 10:00 a.m., and reset the case for hearing on Mr. Epps' motions on November 30, 2009, at 10:00 a.m.

The parties have agreed that Mr. Epps will file motions by September 28, 2009, and that the government will file its opposition by October 26, 2009. The parties anticipate that at the November 30, 2009, hearing they will request that the court schedule an evidentiary hearing.

1

It is further stipulated between the parties that the Court should exclude the period from the date of this order through November 30, 2009, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Epps' request for a continuance outweigh the best interest of the public and Mr. Epps in a speedy trial, and that this is an appropriate exclusion of time within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4) (defense preparation), and 18 U.S.C. § 3161(h)(1)(D) (Local Code E) (pretrial motions).

Dated: August 26, 2009

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorneys for Defendant


Dated: August 26, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ M.Petrik for Laurel D. White
_____
LAUREL D. WHITE
Assistant U.S. Attorney

2

### ORDER

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the hearing on November 30, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4), and 18 U.S.C. § 3161(h)(1)(D) (Local Code E).

DATED: August 26, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

3