```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
MARVIN CHAVELLE EPPS
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-0043 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO AMEND |
| ) | BRIEFING SCHEDULE |
| v. ) | |
| ) | Date:  November 30, 2009 |
| MARVIN CHAVELLE EPPS, ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |
| _____ ) | |

The parties stipulate, through counsel, Laurel D. White, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Epps, to amend the briefing schedule for the motion hearing currently scheduled for November 30, 2009, at 10:00 a.m.

Counsel for Mr. Epps requires more time to prepare and file motions.  The defense will file motions by October 5, 2009.  Due to the extra week granted to defense counsel, as well as government counsel's trial calendar, the government will file its opposition by November 16, 2009.  The parties still anticipate that at the November 30, 2009, hearing they will request that the court schedule an evidentiary hearing.

STIPULATION AND ORDER                        1

1    It is further stipulated between the parties that the Court should
2 exclude the period from the date of this order through November 30,
3 2009, when it computes the time within which the trial of the above
4 criminal prosecution must commence for purposes of the Speedy Trial
5 Act.  The parties stipulate that the ends of justice served by granting
6 Mr. Epps' request outweigh the best interest of the public and Mr. Epps
7 in a speedy trial, and that this is an appropriate exclusion of time
8 within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4)
9 (defense preparation), and 18 U.S.C. § 3161(h)(1)(D) (Local Code E)
10 (pretrial motions).

12 Dated: September 28, 2009          Respectfully submitted,

13                                    DANIEL BRODERICK
                                      Federal Defender
14
                                      /s/ M.Petrik
15                                    _____
                                      MICHAEL PETRIK, Jr.
16                                    Assistant Federal Defender
                                      Attorneys for Defendant

19 Dated: September 28, 2009          LAWRENCE G. BROWN
                                      United States Attorney
20
                                      /s/ M.Petrik for Laurel D. White
21                                    _____
                                      LAUREL D. WHITE
22                                    Assistant U.S. Attorney

28 STIPULATION AND ORDER                    2

## ORDER

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the hearing on November 30, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4), and 18 U.S.C. § 3161(h)(1)(D) (Local Code E).

DATED: September 29, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER                             3