BENJAMIN B. WAGNER
United States Attorney
LAUREL D. WHITE and
ELLEN ENDRIZZI
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | ORDER TO UNSEAL |
| ) | |
| v. ) | |
| ) | |
| MARVIN CHAVELLE EPPS, aka ) | |
| "Chevy Mack" ) | |
| _____ ) | |

<u>ORDER TO UNSEAL</u>

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Sealing Order at Docket Entry 50 be amended to provide that only docket entries 51 and 52 be sealed. All docket entries not previously sealed by specific order of the court shall be unsealed.

DATED: 3/15, 2010

HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

1