IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-CR-0043-KJM-CMK |
| Respondent, | |
| vs. | ORDER |
| MARVIN CHAVELLE EPPS, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255.  On July 20, 2012, respondent filed a motion to dismiss movant's § 2255 motion.  In response to respondent's motion, in which respondent argues that the court lacks jurisdiction because movant entered into a written plea agreement in which he waived his right to collaterally challenge his sentence or conviction, movant filed a motion for leave to amend on August 13, 2012, seeking to add claims relating to the validity of the plea agreement.  Respondent shall file a response to movant's motion for leave to amend within 20 days of the date of this order.

IT IS SO ORDERED.

DATED:  October 15, 2012

                                                                                                **CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1