**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,              No. 2:09-CR-0043-KJM-CMK

       Respondent,

   vs.                                         ORDER

MARVIN CHAVELLE EPPS,

       Movant.

_____/

      Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255.  On January 15, 2013, the court issued findings and recommendations that this matter be dismissed.  Movant filed timely objections on January 28, 2013, and respondent filed a response to movant's objections.  Pending before the court is movant's motion (Doc. 99) for leave to amend his January 28, 2013, objections.

      The court finds that movant has not demonstrated good cause.  Movant states that his January 28, 2013, objections were "pre-maturely" filed because he only had seven days after he received the findings and recommendations to meet the objection deadline.  Movant, however, could have sought additional time to file his original objections, but did not.  Instead, he filed his objections to which respondent has filed a response.  Movant's current motion, which is

essentially a late-filed motion for an extension of time, is denied.

IT IS SO ORDERED.


DATED:   March 25, 2013

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE