UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Cr. No. S-09-0043 KJM CMK |
|---|---|
| Respondent, | |
| v. | ORDER |
| MARVIN CHAVELLE EPPS, | |
| Movant. | |

On August 1, 2013, this court adopted the magistrate judge's findings and recommendations as modified and denied movant's motion to correct or vacate his sentence, 28 U.S.C. § 2255. ECF No. 103. Movant has filed a timely notice of appeal, an application for a certificate of appealability and a request to proceed in forma pauperis on appeal, the latter two dated August 28, 2013. ECF Nos. 104-106.

Rule 24(a)(1) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed in forma pauperis on appeal must file a motion in the district court that:

> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

/////

1

     (B) claims an entitlement to redress; and

     (C)  states the issues that the party intends to present on appeal.

FED. R. APP. P. 24(a)(1).  In his concurrently filed request for the issuance of a certificate of appealability, movant has described the issues he seeks to raise on appeal and claimed entitlement to redress.  He has not, however, demonstrated his inability to pay.

   A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. FED. R. APP. P. 22(b).   Movant has not demonstrated that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal citations, quotation marks omitted). Movant has not met this standard.

   IT IS THEREFORE ORDERED that:

   1. Movant's request to proceed in forma pauperis on appeal, ECF No. 105, is denied without prejudice; and

   2. Movant's application for the issuance of a certificate of appealability, ECF No. 106,  is denied.

DATED: September 12, 2013.

                     _____
                     UNITED STATES DISTRICT JUDGE