UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Respondent,<br><br>  v.<br><br>MARVIN CHAVELLE EPPS,<br><br>  Movant. | No. 2:09-cr-0043 KJM CMK<br><br><br><br>ORDER |

On August 1, 2013, this court adopted the magistrate judge's findings and recommendations as modified and denied movant's motion to correct or vacate his sentence, 28 U.S.C. § 2255. ECF No. 103. Movant filed a timely notice of appeal, an application for a certificate of appealability and a request to proceed in forma pauperis on appeal, the latter two dated August 28, 2013. ECF Nos. 104-106.  On September 13, 2013, this court denied movant's motion to proceed in forma pauperis on appeal without prejudice because movant had not demonstrated his inability to pay the required fees. ECF No. 109.

On September 30, 2013, movant filed a motion to amend his motion and provided a financial affidavit and a copy of his prison trust account statement, showing that he cannot afford to pay the filing fee for his appeal. ECF No. 111.

/////

/////

1

1    IT IS THEREFORE ORDERED that movant's motion to amend, construed as a
2 renewed motion to proceed in forma pauperis on appeal, ECF No. 111, is granted.
3 DATED: October 30, 2013.

_____
UNITED STATES DISTRICT JUDGE